IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION | ) | |
| And | ) | |
| EXXONMOBIL OIL CORPORATION, | ) | No. 02-1217C<br>(Senior Judge Wiese) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(l)(ii), Plaintiffs, Exxon Mobil Corporation and ExxonMobil Oil Corporation (ExxonMobil), and Defendant, the United States, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Terry L. Sullivan
TERRY L. SULLIVAN
Howrey LLP
1299 Pennsylvania Ave N.W.
Washington, D.C. 20004

Attorney for ExxonMobil

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

Attorneys for the United States

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center Richmond

Attorneys for the United States

Date: January 3, 2008